IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CLUB FOR GROWTH, INC.,
ERIC O'KEEFE, ONE WISCONSIN NOW, INC.,
and SCOTT ROSS,

                Plaintiffs,                ORDER

    v.

                                    10-cv-427-wmc

GORDON MYSE, THOMAS BARLAND,
MICHAEL BRENNAN, THOMAS CANE,
GERALD C. NICHOL, DAVID G. DEININGER,
and KEVIN KENNEDY,

                Defendants.

---

On July 31, 2010, Wisconsin Club for Growth, Inc., its board member Eric O'Keefe, One Wisconsin Now, Inc., and its executive director, Scott Ross ("plaintiffs") filed a lawsuit alleging that the Wisconsin Government Accountability Board (the "GAB"), of which the defendants are board members, promulgated a rule, Wis. Admin. Code § GAB 1.28 (GAB 1.28) which inhibits political speech and violates the plaintiffs' First Amendment rights.  On August 2, 2010 plaintiffs filed a motion for preliminary injunction (dkt. #6) and a motion for an expedited hearing and briefing schedule on their motion (dkt. #5).  Given the timing of certain reporting regulations of GAB 1.28 coupled with the September 14, 2010 primary election, plaintiffs ask for a preliminary injunction by August 13, 2010.  (*See* Pls.' motion for expedited hearing and briefing schedule (dkt. #5) ¶ 4.)

IT IS ORDERED that:

1) plaintiffs must file proof of service of the complaint and motion for preliminary injunction, including all documents filed in support, and this order no later than 4:30 p.m. on Wednesday, August 4, 2010;

2) defendants will have until 4:30 p.m. on Tuesday, August 10, 2010 to respond to the motion; and

3) a telephonic status conference will be held on Wednesday, August 11, 2010, at 1:30 p.m.

4) a hearing regarding the preliminary injunction will be held on Thursday, August 12, 2010 at 8:30 a.m.

Entered this 3rd day of August, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge